IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATE LOUISE POWELL, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-00566 <br><br> **Judge Martha M. Pacold** <br><br> **Magistrate Judge Jeffrey Cummings** |

# ORDER

    The court has reviewed plaintiff's status report [43]. In the court's 3/10/2023 minute entry [26], it gave all defendants until 3/24/2023 to object to plaintiff's motion for entry of default and default judgment. [22]. No defendant has objected. The court therefore grants plaintiff's motion for entry of default and default judgment [22]. Based on the evidence submitted in support of the temporary restraining order and the motion for entry of default and default judgment, and the admission of liability by virtue of the default, plaintiff has established that the infringement was willful, that damages should be awarded in the amount specified in the order, and that a permanent injunction should be entered. Plaintiff has shown that the infringement of its copyrights causes it irreparable harm in the form of diminished goodwill and brand confidence, damage to plaintiff's reputation, loss of exclusivity, and loss of future sales; that monetary damages are inadequate to address these harms; and that the public interest would not be disserved by a permanent injunction. No defendants have appeared to argue otherwise; thus, the court also finds that the balance of the hardships favors a permanent injunction. The ten thousand dollars ($10,000) surety bond posted by plaintiff is hereby released to plaintiff's counsel. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to plaintiff's counsel, Keith Vogt, Ltd. 33 West Jackson Boulevard, #2W Chicago, IL 60606, via certified mail. Enter Default Final Judgment Order. Civil case terminated.

Date: March 30, 2023                                                /s/ Martha M. Pacold