IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATE LOUISE POWELL,<br><br>                   Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                   Defendants. | Case No. 23-cv-00566<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Jeffrey Cummings** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff KATE LOUISE POWELL ("Plaintiff" or "Powell") against the defendants identified on First Amended Schedule A, and using the Defendant Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Powell having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Powell having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Powell has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Powell's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-326-027; VA 2-326-923; and VA 2-326-918 (the "Powell Works") to residents of Illinois. In this case, Powell has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Powell Works. *See* Docket No. [14], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Powell Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Powell's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Powell Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Powell product or not authorized by Powell to be sold in connection with the Powell Works;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Powell product or any other product produced by Powell, that is not Powell's or not produced under the authorization, control, or supervision of Powell and approved by Powell for sale under the Powell Works;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Powell, or are sponsored by, approved by, or otherwise connected with Powell; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Powell, nor authorized by Powell to be sold or offered for sale, and which bear any of Powell's copyrights, including the Powell Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online

marketplace platforms such as Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Powell Works; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Powell Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Powell product or not authorized by Powell to be sold in connection with the Powell Works.

3. Upon Powell's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Powell Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Powell is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of infringing Powell Works on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and First Amended Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and

enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to Powell as partial payment of the above-identified damages, and Third Party Providers, including Amazon, are ordered to release to Powell the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Powell has recovered full payment of monies owed to it by any Defaulting Defendant, Powell shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Powell identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Powell may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Kate Louise Powell and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Powell is hereby released to Powell or Plaintiff's counsel, Keith Vogt, Ltd., 33 West Jackson Boulevard, #2W, Chicago, Illinois 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or Plaintiff's counsel.

This is a Default Final Judgment.

Dated: March 30, 2023

                                            /s/ Martha M. Pacold_____

                                            Martha M. Pacold
                                            United States District Judge

**First Amended Schedule A**

| No. | Seller Name |
|---|---|
| 1 | qujingyangludianzishangwuyouxiangongsi |
| 2 | weijianhuishop |
| 3 | LuTianKe |
| 4 | Bestieship |
| 5 | xielibindhgftiih |
| 6 | dongfangmaohuashangmaoyouxiangongsi |
| 7 | |
| 8 | VUVUTITAO Store |
| 9 | WangXiaoBingNiBing |
| 10 | FESOGO |
| 11 | angshihuanghu |
| 12 | danzhoushihaozhuchencheng |
| 13 | jhyhhrjr |
| 14 | |
| 15 | haikouliuyangnawangluokejiyouxiangongsi |
| 16 | xinanj |
| 17 | 芜湖市眷阔珠宝首饰销售 |
| 18 | Avant-garde Art Deco HQ |
| 19 | Atc Win Store |
| 20 | ganchenk |
| 21 | Metal Decor Sign Shop |
| 22 | 莆田市城厢区雯晖娟贸易有限公司 |
| 23 | shanxihanyuexiaokejiyouxiangongsi |
| 24 | JIONTIN |
| 25 | Amelinda-Doris |
| 26 | hongtongjuhongwangluokejiyouxiangongsi |
| 27 | Hefei konlun Trading Co., Ltd |
| 28 | Do Kien Trung Store |
| 29 | yangxiaohh |
| 30 | hongxuan01 |
| 31 | zhujianxingshycgek |
| 32 | weiaasdhahfdu |
| 33 | binzhouhaozhushoushangmaoyouxiangongsi |
| 34 | tunchangfushoukejiyouxongsi |
| 35 | nanningdongbaomaoyiyouxiangongsi |
| 36 | XQGX |

| 37 | pengjingganghsgeb |
|---|---|
| 38 | Americus35 |
| 39 | 祁伟涂 |
| 40 | henantiaoxianshangmaoyouxiangongsi |
| 41 | Changsha Kaiyucheng Trading Co., Ltd. |
| 42 | LiNanNanMaoWeiRenNanMeng |
| 43 | nanjinglianshengyuegongyipinmaoyiyouxiangongsi |
| 44 | ART904 |
| 45 | ahdc4skcjn |
| 46 | FrankDeBoe Store |
| 47 | wuhanxinxinguoshangmaoyouxiangongsi |
| 48 | shanxifengwangkejiyouxiangongsi333 |
| 49 | aocandewenjuyouxiangongsi |
| 50 | haikouweiwumaoyi |
| 51 | LXJPAOSHOP |
| 52 | PHLMYSHOP |
| 53 | Cute D |
| 54 | gbvfcxs |
| 55 | ■■■■■ |
| 56 | Jianaiyouxuanjiajudian |
| 57 | nSuLiShangMaoYouXianGongSi |
| 58 | GS912 |
| 59 | danzhouliguanhuishangmaoyouxiangongsi |
| 60 | ■■■■■ |
| 61 | Changsha Weiqiyan Trading Co., Ltd |
| 62 | 西咸新区沣东新城浩芝则百货销售店 |
| 63 | ■■■■■ |
| 64 | cuifengdai |
| 65 | tangchuanklk |
| 66 | 阳信袁涛苑教育文化咨询有限公司 |
| 67 | NUFOMO012 Store |
| 68 | Pod Camiler |
| 69 | Happy Nuts Brothers |
| 70 | 定安义思溪科技有限公司 |
| 71 | fjnm5jdikm |
| 72 | Geichi's boutique |
| 73 | GaoXinQuHuShuGuanZhenWeiHaoZhongMuJuJingYingBu |
| 74 | Anhthukutehp1 |
| 75 | ■■■■■ |
| 76 | TongShanXianPanSuYunShangMaoYouXianGongSi |

| | |
|---|---|
| 77 | zhaosaihfh |
| 78 | |
| 79 | Daisyzoey |
| 80 | yujiangqudongnuanxialiangfushidian |
| 81 | WANGPENGGONGSI |
| 82 | Heailey |
| 83 | |
| 84 | Shunxin Art Sales Department |
| 85 | |
| 86 | zhijianyun |
| 87 | zhengfuxi |
| 88 | LLL ART |
| 89 | Firelight Art Store |
| 90 | sunshine tea wall art |
| 91 | shanxizhumumuxinxijishuzixunyouxiangongsi1 |
| 92 | |
| 93 | Crystal Art Head Office Store |
| 94 | Jackie Sign |
| 95 | dongfangwangxinkejiyouxaingongsi |
| 96 | hhhzaiting |
| 97 | Pitfacetee |
| 98 | Lucy Print |
| 99 | tingzhunshangmao |
| 100 | LANH BG SHOP |
| 101 | linchengu |
| 102 | Nguyenphuc Shop |
| 103 | EhipStyles |
| 104 | Liuyang Linpeng Gang E-commerce Co., Ltd |
| 105 | Bestielands |
| 106 | Ideal Appeal |
| 107 | |
| 108 | Gil Elvgren |
| 109 | Dressing Wall |
| 110 | Wanababe11 Store |
| 111 | Geuuki-US |
| 112 | LiuYangShiLinHeMaoYiYouXianGongSi |
| 113 | 庆云县晨松生活服务有限公司 |
| 114 | guanlanyang |
| 115 | Hieniunminhh |
| 116 | Home Decoration123 |
| 117 | |
| 118 | |
| 119 | |
| 120 | |

| 121 | Bee Family Gift |
|---|---|
| 122 | SleepCare Store |
| 123 | xijiayue |
| 124 | AluhaStore |
| 125 | CCPcanvas |
| 126 | 长沙雯澜商贸有限公司 |
| 127 | chuxiongkaifaquweisanfanzhocanguang |
| 128 | danzhouqianoudianzishangwuyouxiangongsi |
| 129 | wenchangzhouweiliangshangmaoyouxiangongsi |
| 130 | minh tri SHOP |
| 131 | fgoiufsygfer |
| 132 | shanxilimianmiannxikejiyouxiangongsi |
| 133 | PLOKIJHFE5UJINHWS |
| 134 | Changsha Liangdengshuo Trading Co., Ltd |
| 135 | neimenggukunjianshangmaoyouxianzerengongsi |
| 136 | huangyuyting |
| 137 | wangyanjinpindian |
| 138 | |
| 139 | |
| 140 | 章以才商贸有限公司 |
| 141 | Balthasar Shop |
| 142 | |
| 143 | TrangTB |
| 144 | ROSES Store |
| 145 | |
| 146 | HOANGNAMBSTR |
| 147 | ngodaihianma.shoptmsxs |
| 148 | |
| 149 | qingmilanshangmao |
| 150 | QUYNH.STORE1SA |
| 151 | |
| 152 | |
| 153 | PVATBL_Store |
| 154 | shenzhenaitaolejuzhuangshiyouxiangongsi |
| 155 | zhangyuanhongshyebg |
| 156 | |
| 157 | guoyangxianshikeshangmaoyouxiangongsi330 |
| 158 | |
| 159 | LQXART |
| 160 | |
| 161 | |
| 162 | AH Sign Store |
| 163 | nzhouchenji |
| 164 | shanmulingkeji |

| | |
|---|---|
| 165 | |
| 166 | Huishangmaomi |
| 167 | shanxishenweiqiyeguanliyouxiangongsi |
| 168 | Changsha Zhangguanzheng E-commerce Co., Ltd |
| 169 | QKIODS-HK |
| 170 | NHKTWSSI |
| 171 | |
| 172 | Robina Fancy |
| 173 | NHATSOP |
| 174 | Shop Vân |
| 175 | |
| 176 | |
| 177 | YohiEleanos |
| 178 | changchunshilixiawangluokejiyouxiangongsi5312 |
| 179 | Changsha Li Xianru Trading Co., Ltd. |
| 180 | L-ong Shine Shop |
| 181 | Putianshichengxiangquguijiaomaoyiyouxiangongsi |
| 182 | 辊商贸有限公司 |
| 183 | LiuYangShiJieCiMaoYiYouXianGongSi |
| 184 | |
| 185 | liusongyangjingpindian |
| 186 | |
| 187 | dgvdsvbsd |
| 188 | HeZeHeXiCanYinFuWuYouXianGongSi |
| 189 | Diaramusna |
| 190 | HOZZIFY |
| 191 | gujianhaimaoyiyouxianzerengongsi |
| 192 | haikoushicuiyibowangluokejiyouxiangongsi |
| 193 | putianshilichengqufujiaodeMaoyiyouxiangongsi |
| 194 | yun nan chen sen huan jing ke ji you xian gong si |
| 195 | liangshiyishu |
| 196 | |
| 197 | ngxinluzhishangma |
| 198 | BDSHJFFD1DFASHJH |
| 199 | yuhaikeshangmao |
| 200 | LongYanShiMoXinCiMaoYiYouXianGongSi |